No. 538, Misc. KENNEDY v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 539, Misc. OOSTERWYK v. CORRIGAN ET AL. Supreme Court of Wisconsin. Certiorari denied.

No. 547, Misc. IN RE LEMKIN. Court of Appeals of New York. Certiorari denied. *Noel W. Hauser* for petitioner. *Henry Weiner* for Co-ordinating Committee on Discipline, respondent.

No. 557, Misc. JONES v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 8, Original. ARIZONA v. CALIFORNIA ET AL., 373 U. S. 546. Petitions for rehearing filed by the Metropolitan Water District of Southern California, the Imperial Irrigation District and the State of California denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.

No. 533, October Term, 1962. DYER v. MURRAY, TRUSTEE, ET AL., 371 U. S. 949, 373 U. S. 905. Motion for leave to file second petition for rehearing denied.